UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**(THE HONORABLE JUDGE WHELAN)**

| | |
|---|---|
| United States of America, | Case No.: 19-cr-3570-W |
| Plaintiff, | Order for U.S. Probation to Produce Documents |
| v. | |
| Radames Alonso | |
| Defendant. | |

**IT IS HEREBY ORDERED** that United States Probation is to produce any and all documentation supporting the allegations to Mr. Alonso's defense counsel. Specifically, United States Probation is to produce the following:

1. Any and all reports, Chronos and/or notes by U.S. Probation Office memorializing encounters and communications with Mr. Alonso and Veterans Village of San Diego since April of 2024.

2. Documentation of positive urinalysis test results, written laboratory notification from Alere Toxicology Services, and litigation packet from Alere Toxicology laboratory.

3. Any video or audio of meetings or communications with Mr. Alonso since April of 2024 pertaining to allegations of noncompliance and supervision adjustment.

4. Any and all statements related to allegations of noncompliance and supervision adjustment made by Mr. Alonso to any law enforcement officer, including U.S. Probation.

5. Jencks Act Material: Mr. Alonso requests all material to which he is entitled

1

pursuant to the Jencks Act, 18 U.S.C. § 3500, and Fed. R. Crim. P. 26.2.

6. Any other evidence the Government will rely on in proving the allegations against Mr. Alonso.

**SO ORDERED.**

DATED: 7/1/24                    By: _____
                                 HON. THOMAS J. WHELAN
                                 United States District Court Judge